# Exhibit
# 10

AHMSI 
AMERICAN HOME MORTGAGE INC
*Servicing*
at a higher power

P.O. Box 631730
Irving, TX 75063-1730

March 15, 2011

Jane C McGinnis
14618 GA Hwy 83n
Monticello, GA 31064-

Loan No.    █████1477

Dear Jane C McGinnis :

American Home Mortgage Servicing, Inc. is returning your check number
1641 for $638.32.  These funds are being returned to you because
they do not represent the total amount due or are not in form of
certified funds (Cashiers check, Money Order or Western Union Quick
Collect).

Please note that your loan was submitted to foreclosure on 03-01-11. If
you have any questions regarding this matter, please contact us at
(877) 304-3100, Monday through Friday from 7:00 a.m. to 9:00 p.m. CST.

Sincerely,

Home Retention Team Representative
American Home Mortgage Servicing, Inc.

American Home Mortgage Servicing, Inc., is a debt collector attempting
to collect a debt. Any information obtained will be used for that
purpose. However, in the event the debt has been discharged pursuant
to or the addressee or recipient is under the protection of federal
bankruptcy law, this communication is solely for informational
purposes and is not an attempt to collect a debt.

CA022 R3M

C803459   13970LTHD3

# Exhibit
# 11

LAW OFFICES

# McCurdy & Candler, LLC

Six Piedmont Center, Suite 700
3525 Piedmont Road, NE
Atlanta, GA 30305

JULIUS A. McCURDY (1903 - 1993)
SCOTT CANDLER, JR. (1926 - 1994)
J. ROBIN HARRIS (1925 - 1989)

JOHN WALTER DRAKE
ALAN B. RAUBER
JOHN C. SAMMON
ANTHONY DEMARLO
CLARK E. CANDLER, III
SCOTT CANDLER, III
EDNA E. HAWES
SIDNEY A. GELBERNTER*
DONALD C. SUESSMITH, JR.
J. MICHAEL DUGAN*
DEBORAH Y. CHEEK
CHRISTIE B. HENNINGS
FRANK R. OLSON*
A. BRITT VERNER

PATRICK N. TAGGART*
JOHN D. ANDRLE
C. ERIC BURKETT
JESSICA A. PRICE
CHRISTINA J. FRITZ
TENNEILLE D. BAILEY
ROBERT J. WILKINSON*
DANIEL K. BARBAGELATA
ANDREW M. O'CONNELL
BIANCA K. DAVIS
TODD H. SURDEN
PATRICIA A. LEAL
ELIZABETH A. CHILDERS

MAILING ADDRESS:
Six Piedmont Center, Suite 700
3525 Piedmont Road, NE
Atlanta, Georgia 30305

TELEPHONE: 404-373-1612
MAIN TELECOPIER: 404-370-7232

WEBSITE: WWW.MCCURDYCANDLER.COM

OF COUNSEL:

REBECCA A. HOELTING
MARGARET C. COURTRIGHT

FRANK J. RHODES, JR.
H. RAIFORD HODGES, JR. (RETIRED)

*ALSO ADMITTED IN TENNESSEE*

March 22, 2011

*Jill → Nunn 1914*
*☆ Power of Attorney*
*Info*
*Contact-Email*
*Jnunn@McCurdy*
*Candler.*
*com*

Jane C Mcginnis and JM-LR PROPERTIES
172 Hilton St
Monticello, GA 31064

| Re: | Our File No.: | 11-04269 |
| | Loan No.: | ▓▓▓▓▓1477 |
| | Payoff: | $73,779.23 |
| | Borrower Name: | Jane C Mcginnis |
| | Property Address: | 172 Hilton St |
| | | Monticello, GA 31064 |

**Servicer: American Home Mortgage Servicing, Inc.**
**Creditor: U.S. Bank National Association, as Trustee for TBW MORTGAGE-BACKED TRUST
2006-6, MORTGAGE PASS-THROUGH CERTIFICATES, Series 2006-6**

Dear Borrower:

NOTICE PURSUANT TO FAIR DEBT COLLECTION PRACTICES ACT 15 USC 1692
INITIAL COMMUNICATION LETTER

    This law firm represents U.S. Bank National Association, as Trustee for TBW MORTGAGE-BACKED TRUST 2006-6, MORTGAGE PASS-THROUGH CERTIFICATES, Series 2006-6 the creditor on the above referenced loan. This letter is to advise you that we have been retained to collect the debt secured by the above-referenced property, which may involve foreclosure proceedings against said property. As of the date of this letter, you owe $73,779.23. Because of interest, late charges, and other charges that may vary from day to day, the amount due on the day you pay may be greater. Hence, if you pay the amount shown above, an adjustment may be necessary after we receive your check, in which event we will inform you before depositing the check for collection. For further information, you may call our loss mitigation department at 1-866-303-0517.



2246333710

Page 2

This letter is an attempt to collect a debt and any information obtained by virtue of it will be used for that purpose. Unless you notify us within thirty (30) days after receipt of this letter that the validity of this debt, or any portion of it, is disputed, we will assume that the debt is valid. If you notify us in writing of a dispute, we will obtain verification of the debt and mail it to you. If the creditor named in this letter is not the original creditor, and you make a written request to this law firm within thirty (30) days after receipt of this notice, then the name and address of the original creditor will be mailed to you by this law firm. We may commence the foreclosure action without waiting thirty (30) days, if so requested by our client.

If you have received a discharge in Bankruptcy proceeding, this notice is not intended to indicate that you are personally liable for this debt. In this instance the information concerning the associated debt owed is for informational purposes only and should be disregarded for any purposes other than that of conducting a non judicial foreclosure of the security pursuant to Georgia law.

The Servicer may allow you to reinstate the loan and stop the foreclosure. You may call to find out if reinstatement is allowed; and if allowed, to find out the amount of money you must pay in order to cure the default. If you are allowed to reinstate your loan, payment must be made through our office in the form of certified funds or cashier's check. Other alternatives the Servicer may consider are full payoffs, short payoffs, deeds in lieu of foreclosure, repay plan, loan modification or some other mutual agreement. The Servicer is willing to consider your individual circumstances and will be flexible in its consideration of various alternatives. This is not meant to indicate that the Servicer will definitely accept any of the above alternatives as your loan has been accelerated and foreclosure proceedings will continue. I urge you to contact the Servicer at (877) 304-3100 immediately regarding your situation You may also contact our office at our toll free number of 1-866-303-0517 to assist with your communications with the Servicer.

BE GOVERNED ACCORDINGLY.

Sincerely,

**Anthony DeMarlo**
Anthony DeMarlo

AD/jnunn

THIS LAW FIRM IS ACTING AS A DEBT COLLECTOR AND IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE



LAW OFFICES

# McCurdy & Candler, LLC

Six Piedmont Center, Suite 700
3525 Piedmont Road, NE
Atlanta, GA 30305

JULIUS A. McCURDY (1903 - 1993)
SCOTT CANDLER, JR. (1926 - 1994)
J. ROBIN HARRIS (1925 - 1989)

MAILING ADDRESS:
Six Piedmont Center, Suite 700
3525 Piedmont Road, NE
Atlanta, Georgia 30305

TELEPHONE: 404-373-1612
MAIN TELECOPIER: 404-370-7232

WEBSITE: WWW.MCCURDYCANDLER.COM

| | |
|---|---|
| JOHN WALTER DRAKE | PATRICK N. TAGGART* |
| ALAN B. RAUBER | JOHN D. ANDRLE |
| JOHN C. SAMMON | C. ERIC BURKETT |
| ANTHONY DEMARLO | JESSICA A. PRICE |
| SCOTT CANDLER, III | CHRISTINA J. PRITZ |
| CLARK B. CANDLER | TENNIELLE B. BAILEY |
| EDNA B. HAWES | ROBERT J. WILKINSON* |
| SIDNEY A. GELERNTER* | DANIEL K. BARBAGELATA |
| DONALD C. SUESSMITH, JR. | ANDREW M. O'CONNELL |
| J. MICHAEL DUGAN* | BIANCA H. DAVIS |
| DEBORAH Y. CHEEK | TODD H. SURDEN |
| CHRISTIE B. HENNINGS | PATRICIA A. LEAL |
| FRANK R. OLSON* | ELIZABETH A. CHILDERS |
| A. BRETT VERNER | |

OF COUNSEL:

REBECCA A. HOELTING          FRANK J. RHODES, JR.
MARGARET C. COURTRIGHT       H. RAIFORD HODGES, JR. (RETIRED)

*ALSO ADMITTED IN TENNESSEE

March 22, 2011

<u>Certified Mail</u>
<u>Return Requested</u>
<u>and Regular Mail</u>

Jane C Mcginnis and JM-LR PROPERTIES
172 Hilton St
Monticello, GA 31064

RE:   NOTICE OF FORECLOSURE SALE ENCLOSED
      Our File No.:        11-04269
      Loan No.:            ▩▩▩▩▩1477
      Borrower Name:       Jane C Mcginnis
      Property Address:    172 Hilton St
                           Monticello, GA 31064

***Pursuant to O.C.G.A. Section 44-14-162.2, the following is the entity who has full authority to discuss, negotiate, or change all terms of the mortgage with you concerning the foreclosure alternatives described later in this letter.***

Servicer:    American Home Mortgage Servicing, Inc.
Address:     6591 Irvine Center Drive
             Irvine, CA 92618
Phone Number: (877) 304-3100

**Creditor: U.S. Bank National Association, as Trustee for TBW MORTGAGE-BACKED TRUST 2006-6, MORTGAGE PASS-THROUGH CERTIFICATES, Series 2006-6**

Dear Sir or Madam:

By letter dated March 22, 2011, (the "Initial Communication Letter"), I notified you that the above-referenced creditor has referred the referenced loan to this law firm for handling. That letter also advised you of certain rights (the "Borrowers' Rights" which include your right to validate the debt) you could exercise within 30 days of your receipt of the Initial Communication Letter. Nothing in this letter will prevent you from exercising the Borrowers' Rights as explained in the Initial Communication Letter.



2248333631

A failure to comply with the terms of the above loan with U.S. Bank National Association, as Trustee for TBW MORTGAGE-BACKED TRUST 2006-6, MORTGAGE PASS-THROUGH CERTIFICATES, Series 2006-6 has created a default. As a result, the entire amount of the outstanding balance of the loan has been, and is hereby, declared immediately due and payable. This letter is a formal demand for immediate payment of the total indebtedness. Any partial payment received by U.S. Bank National Association, as Trustee for TBW MORTGAGE-BACKED TRUST 2006-6, MORTGAGE PASS-THROUGH CERTIFICATES, Series 2006-6 on the subject debt after the date of this letter will be applied to the reduction of the aforesaid debt and will not result in a reinstatement or a deceleration of the loan.

Advertisement of foreclosure will be inserted, as provided by law, providing for public sale to be held on  May 3, 2011 , before the courthouse door of Jasper County, Georgia.

Please be advised that the provisions in the loan documents relative to payment of attorney's fees, in addition to principal and interest, will be enforced. Unless the entire balance is paid within ten (10) days from the date you receive this notice, such attorney's fees as allowed by <u>Official Code of Georgia</u>, §13-1-11, as amended, will be owed.

If you are currently in the military service AND joined after signing the mortgage (Security Deed) now in foreclosure, please so notify this office immediately. You may be entitled to relief under the Soldiers and Sailors Relief Act. When contacting this office as to your military service you must provide us with positive proof as to your military status. The name, address and telephone number of your Base Commander is essential. If you do not provide this information we will assume that you are not entitled to protection under the above mentioned act.

If you have received a discharge in Bankruptcy proceeding, this notice is not intended to indicate that you are personally liable for this debt. In this instance the information concerning the associated debt owed is for informational purposes only and should be disregarded for any purposes other than that of conducting a non judicial foreclosure of the security pursuant to Georgia law.

The Servicer may allow you to reinstate the loan and stop the foreclosure. You may call to find out if reinstatement is allowed; and if allowed, to find out the amount of money you must pay in order to cure the default. If you are allowed to reinstate your loan, payment must be made through our office in the form of certified funds or cashier's check. Other alternatives the Servicer may consider are full payoffs, short payoffs, deeds in lieu of foreclosure, repay plan, loan modification or some other mutual agreement. The Servicer is willing to consider your individual circumstances and will be flexible in its consideration of various alternatives. This is not meant to indicate that the Servicer will definitely accept any of the above alternatives as your loan has been accelerated and foreclosure proceedings will continue. I urge you to contact the Servicer at (877) 304-3100 immediately regarding your situation You may also contact our office at our toll free number of 1-866-303-0517 to assist with your communications with the Servicer.

The enclosed "Notice of Sale Under Power" is a copy of the advertisement sent to The Monticello News for publication.

<u>BE GOVERNED ACCORDINGLY.</u>

McCurdy & Candler, L.L.C.

**Anthony DeMarlo**

Anthony DeMarlo



Attorney for U.S. Bank National Association, as
Trustee for TBW MORTGAGE-BACKED TRUST 2006-
6, MORTGAGE PASS-THROUGH CERTIFICATES,
Series 2006-6

AD/jnunn

THIS LAW FIRM IS ACTING AS A DEBT COLLECTOR AND IS ATTEMPTING TO COLLECT A
DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.



McCurdy & Candler
PO Box 9084
Temecula, CA 92589-9084



2248333631

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

20110322-83

Jane C Mcginnis  and JM-LR PROPERTIES
14618 Ga Hwy 83n
Monticello GA 31064, GA 31064



30DAY

McCurdy & Candler
PO Box 9084
Temecula, CA 92589-9084



2248333718

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

20110322-83

Jane C Mcginnis  and JM-LR PROPERTIES
14618 Ga Hwy 83n
Monticello GA 31064, GA 31064



FDEBT

Call

# 1-888-995-HOPE

for free personalized guidance from housing counseling agencies certified

by the U.S. Department of Housing and Urban Development. The

Homeowner's HOPE™ Hotline – open 24/7 – is operated by the

Homeownership Preservation Foundation, a nonprofit member of the

HOPE NOW Alliance of mortgage industry members and

HUD-certified counseling agencies.  Or visit

## www.hopenow.com

For free information on the President's plan to help homeowners, visit

## www.makinghomeaffordable.gov







Exhibit
12



P.O. Box 631730
Irving, TX 75063-1730

April 13, 2011


Jane C McGinnis
14618 GA Hwy 83n
Monticello, GA 31064-


Loan No. 1477

Dear Jane C McGinnis :

American Home Mortgage Servicing, Inc. is returning your check number
1648 for $638.32.  These funds are being returned to you because
they do not represent the total amount due or are not in form of
certified funds (Cashiers check, Money Order or Western Union Quick
Collect).

Please note that your loan was submitted to foreclosure on 03-01-11. If
you have any questions regarding this matter, please contact us at
(877) 304-3100, Monday through Friday from 7:00 a.m. to 9:00 p.m. CST.

Sincerely,


Home Retention Team Representative
American Home Mortgage Servicing, Inc.


American Home Mortgage Servicing, Inc., is a debt collector attempting
to collect a debt. Any information obtained will be used for that
purpose. However, in the event the debt has been discharged pursuant
to or the addressee or recipient is under the protection of federal
bankruptcy law, this communication is solely for informational
purposes and is not an attempt to collect a debt.

CA022 J7D

C803459  13870LTHD3

# Exhibit 13

## SSS Printing

**From:**   Jill Nunn ▓▓@mccurdycandler.com]
**Sent:**   Thursday, April 21, 2011 9:10 AM
**To:**   SSS Printing
**Subject:** RE: 172 Hilton Street Monticello, Ga. 31064 file #▓▓4269

Good Morning,

We have not heard anything back yet but we are continuing to track the issue.  I believe your Atty has been in touch with Michael Dugan, one of our Partners, regarding this matter.  I'll let you know as soon as I hear something.

Thank you,


*Jill Nunn*
**Foreclosure Paralegal**
**McCurdy & Candler, LLC**
**Six Piedmont Center, Suite 700**
**3525 Piedmont Road, NE**
**Atlanta, GA 30305**
**Ph:  404-373-1612**
**Direct:  404-214-5264**
**Fax:  404-214-9580**


**From:** SSS Printing [mailto:▓▓@earthlink.net]
**Sent:** Wednesday, April 20, 2011 4:37 PM
**To:** Jill Nunn
**Subject:** RE: 172 Hilton Street Monticello, Ga. 31064 file #▓▓4269

Hey Jill have you heard anything I have another meeting with Lawyer on Friday. Let me know thanks
Adam McGinnis


SSS Printing Services
14618 Hwy 83 N
Monticello, Ga 31064


▓▓-2044
▓▓-2044 Fax
▓▓-5430 Adam Direct


**From:** Jill Nunn [mailto:▓▓@mccurdycandler.com]
**Sent:** Tuesday, April 12, 2011 3:02 PM
**To:** SSS Printing
**Subject:** RE: 172 Hilton Street Monticello, Ga. 31064 file #▓▓4269

Good Afternoon:

4/21/2011

The mortgage company has not responded yet.  At this point I can take your email below as a Debt Validation Request and verify the debt for you.  We cannot stop the foreclosure proceeding unless we are instructed in writing by AHMSI.

*Jill Nunn*
**Foreclosure Paralegal**
**McCurdy & Candler, LLC**
**Six Piedmont Center, Suite 700**
**3525 Piedmont Road, NE**
**Atlanta, GA 30305**
**Ph:  404-373-1612**
**Direct:  404-214-5264**
**Fax:  404-214-9580**

---

**From:** SSS Printing [mailto:█████@earthlink.net]
**Sent:** Tuesday, April 12, 2011 2:48 PM
**To:** Jill Nunn
**Subject:** RE: 172 Hilton Street Monticello, Ga. 31064 file #███4269

Hey Jill have you heard anything? We are very upset the notice to foreclose came out in the local paper last week and it is very embarrassing to our family we are very upstanding big business people in the community. We are demanding this to stop we have provided you and AMHSI with all the info that is needed to show that we have made payments each and every month from the time of closing. Adam McGinnis c/o Jane C. McGinnis

SSS Printing Services
14618 Hwy 83 N
Monticello, Ga 31064

-2044
-2044 Fax
-5430 Adam Direct

---

**From:** Jill Nunn [mailto:████@mccurdycandler.com]
**Sent:** Wednesday, April 06, 2011 9:37 AM
**To:** SSS Printing
**Subject:** RE: 172 Hilton Street Monticello, Ga. 31064 file #███4269

Our Atty's have looked over everything and advised at this point I need to upload the documentation to AHMSI for review.  I will upload everything this morning and hopefully we should hear back from them within a couple of days.

Thank you,

*Jill Nunn*
**Foreclosure Paralegal**

4/21/2011

**McCurdy & Candler, LLC**
**Six Piedmont Center, Suite 700**
**3525 Piedmont Road, NE**
**Atlanta, GA 30305**
**Ph:  404-373-1612**
**Direct:  404-214-5264**
**Fax:  404-214-9580**

---

**From:** SSS Printing [mailto:████████@earthlink.net]
**Sent:** Tuesday, April 05, 2011 2:28 PM
**To:** Jill Nunn
**Subject:** 172 Hilton Street Monticello, Ga. 31064 file #████4269

Hello Jill hope you are doing ok I was wandering if you had looked over the proof of payments for the above mentioned property for my mother Jane C. McGinnis? I had hoped to have gotten a response by now before I meet with my attorney about the other properties that AHMSI shows delinquent that we have sent files over showing the proof of payments on Tuesday of last week. Please touch base as soon as you are able or let me know where it stands in foreclosure. Thanks call or email me if you need any other info. Adam McGinnis

McGinnis Realty and Appraisal
8638 Hwy 16 W
Monticello, Ga 31064

███-███-6668
███-███-6516
███-███-5430 Adam Direct

****************************************************************************************************
This communication may contain privileged and/or confidential information. It is intended solely for the use of the addressee.
If you are not the intended recipient, you are strictly prohibited from disclosing, copying, distributing or using any of
this information. If you receive this communication in error, please contact the sender immediately and destroy the material
in its entirety, whether electronic or hard copy. This communication may contain nonpublic personal information about
consumers subject to the restrictions of the Gramm-Leach-Bliley Act. You may not directly or indirectly reuse or re-disclose
such information for any purpose other than to provide the services for which you are receiving the information. Please note
that any views or opinions presented in this email are solely those of the sender and do not necessarily represent those of
McCurdy & Candler, LLC. Finally, message transmission is not guaranteed to be secure or free of software virus. While McCurdy
& Candler, LLC, takes every reasonable precaution to minimize such risks, the firm cannot accept liability for any damage
sustained by the recipient or any third party as a result of software viruses.

McCurdy & Candler, LLC, strives to provide exemplary service. Please feel free to contact us at feedback@mccurdycandler.com
with any comments you may have.

The law firm of McCurdy & Candler, LLC, and the attorneys whom it employs are debt collectors who are attempting to collect
a debt. Any information obtained by them will be used for that purpose.
****************************************************************************************************

Internal Virus Database is out of date.
Checked by AVG - www.avg.com
Version: 8.5.449 / Virus Database: 271.1.1/3393 - Release Date: 01/20/11 19:34:00

Internal Virus Database is out of date.
Checked by AVG - www.avg.com
Version: 8.5.449 / Virus Database: 271.1.1/3393 - Release Date: 01/20/11 19:34:00

4/21/2011

Internal Virus Database is out of date.
Checked by AVG - www.avg.com
Version: 8.5.449 / Virus Database: 271.1.1/3393 - Release Date: 01/20/11 19:34:00

4/21/2011

# Exhibit
# 14

LAW OFFICES

# McCurdy & Candler, LLC

Six Piedmont Center, Suite 700
3525 Piedmont Road, NE
Atlanta, GA 30305

JULIUS A. McCURDY (1900 - 1992)
SCOTT CANDLER, JR. (1926 - 1994)
J. ROBIN HARRIS (1925 - 1989)

**MAILING ADDRESS:**
Six Piedmont Center, Suite 700
3525 Piedmont Road, NE
Atlanta, Georgia 30305

TELEPHONE: 404-373-1612
MAIN TELECOPIER: 404-370-7232

WEBSITE: WWW.MCCURDYCANDLER.COM

| | |
|---|---|
| JOHN WALTER DRAKE | PATRICK N. TAGGART* |
| ALAN E. RAUBER | JOHN D. ANDRLE |
| JOHN C. SAMMON | C. ERIC BURKETT |
| ANTHONY DEMARLO | JESSICA A. PRICE |
| SCOTT CANDLER, III | CHRISTINA J. PRITZ |
| CLARK E. CANDLER | TENNILLE S. B. BAILEY |
| EDNA B. HAWES | ROBERT J. WILKINSON* |
| SIDNEY A. GELERNTER* | DANIEL K. BARBAGELATA |
| DONALD C. SUESSMITH, JR. | ANDREW M. O'CONNELL |
| J. MICHAEL DUGAN* | BIANCA K. DAVIS |
| DEBORAH Y. CHEEK | TODD H. SURDEN |
| CHRISTIE B. HENNINGS | PATRICIA A. LEAL |
| FRANK R. OLSON* | ELIZABETH A. CHILDERS |
| A. BRETT VERNER | |
| | OF COUNSEL: |
| REBECCA A. HOELTING | FRANK J. RHODES, JR. |
| MARGARET C. COURTRIGHT | H. RAIFORD HODGES, JR. (RETIRED) |

*ALSO ADMITTED IN TENNESSEE

May 6, 2011

Certified Mail
Return Requested 7009 1680 0001 2613 9219
and Regular Mail

Jane C Mcginnis and JM-LR PROPERTIES
172 Hilton Street
Monticello, GA  31064

RE:   NOTICE OF FORECLOSURE SALE ENCLOSED
Our File No.:     11-04269
Loan No.:         ████1477
Borrower Name:    Jane C Mcginnis
Property Address: 172 Hilton Street
                  Monticello, GA  31064

***Pursuant to O.C.G.A. Section 44-14-162.2, the following is the entity who has full authority to discuss, negotiate, or change all terms of the mortgage with you concerning the foreclosure alternatives described later in this letter.***

Servicer:    *American Home Mortgage Servicing, Inc.*
Address:     *6591 Irvine Center Drive*
             *Irvine, CA 92618*
Phone Number: (877) 304-3100

**Creditor: U.S. Bank National Association, as Trustee for TBW Mortgage-Backed Trust 2006-6, Mortgage Pass-Through Certificates, Series 2006-6**

Dear Sir or Madam:

By letter dated May 6, 2011, (the "Initial Communication Letter"), I notified you that the above-referenced creditor has referred the referenced loan to this law firm for handling.  That letter also advised you of certain rights (the "Borrowers' Rights" which include your right to validate the debt) you could exercise within 30 days of your receipt of the Initial Communication Letter.  Nothing in this letter will prevent you from exercising the Borrowers' Rights as explained in the Initial Communication Letter.

A failure to comply with the terms of the above loan with U.S. Bank National Association, as Trustee for TBW Mortgage-Backed Trust 2006-6, Mortgage Pass-Through Certificates, Series 2006-6 has created a default.  As a result, the entire amount of the outstanding balance of the loan has been, and is hereby, declared immediately due and payable.  This letter is a formal demand for immediate payment of the total indebtedness.  Any partial payment received by U.S. Bank National Association, as Trustee for TBW Mortgage-Backed Trust 2006-6, Mortgage Pass-Through Certificates, Series 2006-6 on the subject debt after the date of this letter will be applied to the reduction of the aforesaid debt and will not result in a reinstatement or a deceleration of the loan.

Advertisement of foreclosure will be inserted, as provided by law, providing for public sale to be held on June 7, 2011 , before the courthouse door of Jasper County, Georgia.

Please be advised that the provisions in the loan documents relative to payment of attorney's fees, in addition to principal and interest, will be enforced.  Unless the entire balance is paid within ten (10) days from the date you receive this notice, such attorney's fees as allowed by Official Code of Georgia, §13-1-11, as amended, will be owed.

If you are currently in the military service AND joined after signing the mortgage (Security Deed) now in foreclosure, please so notify this office immediately.  You may be entitled to relief under the Soldiers and Sailors Relief Act.  When contacting this office as to your military service you must provide us with positive proof as to your military status.  The name, address and telephone number of your Base Commander is essential.  If you do not provide this information we will assume that you are not entitled to protection under the above mentioned act.

If you have received a discharge in Bankruptcy proceeding, this notice is not intended to indicate that you are personally liable for this debt.  In this instance the information concerning the associated debt owed is for informational purposes only and should be disregarded for any purposes other than that of conducting a non judicial foreclosure of the security pursuant to Georgia law.

The Servicer may allow you to reinstate the loan and stop the foreclosure.  You may call to find out if reinstatement is allowed; and if allowed, to find out the amount of money you must pay in order to cure the default.  If you are allowed to reinstate your loan, payment must be made through our office in the form of certified funds or cashier's check.  Other alternatives the Servicer may consider are full payoffs, short payoffs, deeds in lieu of foreclosure, repay plan, loan modification or some other mutual agreement.  The Servicer is willing to consider your individual circumstances and will be flexible in its consideration of various alternatives.  This is not meant to indicate that the Servicer will definitely accept any of the above alternatives as your loan has been accelerated and foreclosure proceedings will continue.  I urge you to contact the Servicer at (877) 304-3100 immediately regarding your situation  You may also contact our office at our toll free number of 1-866-303-0517 to assist with your communications with the Servicer.

The enclosed "Notice of Sale Under Power" is a copy of the advertisement sent to The Monticello News for publication.

BE GOVERNED ACCORDINGLY.

McCurdy & Candler, L.L.C.

*Anthony DeMarlo*

Anthony DeMarlo
Attorney for U.S. Bank National Association, as
Trustee for TBW Mortgage-Backed Trust 2006-6,
Mortgage Pass-Through Certificates, Series 2006-6

AD/jnunn
THIS LAW FIRM IS ACTING AS A DEBT COLLECTOR AND IS ATTEMPTING TO COLLECT

A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

**NOTICE OF SALE UNDER POWER**

GEORGIA, JASPER COUNTY

Because of default in the payment of the indebtedness, secured by a Security Deed executed by Jane C Mcginnis to Mortgage Electronic Registration Systems, Inc. as nominee for Taylor, Bean & Whitaker Mortgage Corp., its successors and assigns dated October 31, 2006 in the amount of $72,750.00, and recorded in Deed Book 603, Page 78, Jasper County, Georgia Records; as last transferred to U.S. Bank National Association, as Trustee for TBW Mortgage-Backed Trust 2006-6, Mortgage Pass-Through Certificates, Series 2006-6 by assignment; the undersigned, U.S. Bank National Association, as Trustee for TBW Mortgage-Backed Trust 2006-6, Mortgage Pass-Through Certificates, Series 2006-6 pursuant to said deed and the note thereby secured, has declared the entire amount of said indebtedness due and payable and pursuant to the power of sale contained in said deed, will on the first Tuesday in June, 2011 , during the legal hours of sale, at the Courthouse door in Jasper County, sell at public outcry to the highest bidder for cash, the property described in said deed to-wit:

All that tract or parcel of land lying and being in a portion of Land Lot 56 of the 16th Land District of Jasper County, Georgia, being within the City Limits of the City of Monticello, Georgia, and containing .50 acres and designated as Lot 2 on a certain plat of survey prepared by Linda H. Jordan, Jasper County, Surveyor, dated January 17, 1996 and recorded in Plat Book 9, Page 287, Jasper County Clerks Office, Monticello, Georgia. Said plat and the record of same is incorporated herein and made a part of this description by reference.
As a covenant running with the land, there shall be no trailers, no single-wide or double-wide mobile homes or modular or manufactured homes placed on the above-described land. Also, as a covenant running with the land, no trees or any other type of vegetation shall be removed, disturbed or cleared within 20 feet of the property designated as tract a containing .88 acre and property designated as owned by Paul M. Cropper, Both properties are delineated in Plat Book 9, Page 191, Jasper County Clerks Office, Monticello, Georgia. Both of these restrictive covenants shall be effective twenty (20) years from the date of this conveyance.
This is a portion of the property described in a certain Warranty Deed from Eugene M. Benton to Allen G. McGinnis, dated May 23, 2000, and recorded in Deed Book 278, Pages 249-250, Jasper County Clerks Office, Monticello, Georgia.

which has the property address of 172 Hilton Street, Monticello, Georgia., together with all fixtures and other personal property conveyed by said deed.

The sale will be held subject to any unpaid taxes, assessments, rights-of-way, easements, protective covenants or restrictions, liens, and other superior matters of record which may affect said property.

The sale will be conducted subject (1) to confirmation that the sale is not prohibited under the U.S. Bankruptcy Code and (2) to final confirmation and audit of the status of the loan with the holder of the security deed.

Notice has been given of intention to collect attorneys' fees in accordance with the terms of the note secured by said deed.

Said property will be sold as the property of JM-LR PROPERTIES and the proceeds of said sale will be applied to the payment of said indebtedness, the expense of said sale, all as provided in said deed, and the undersigned will execute a deed to the purchaser as provided in the aforementioned Security Deed.

> U.S. Bank National Association, as Trustee for TBW Mortgage-Backed Trust 2006-6, Mortgage Pass-Through Certificates, Series 2006-6
> Attorney in Fact for
> Jane C Mcginnis

Anthony DeMarlo, Attorney/jnunn
McCurdy & Candler, L.L.C.
(404) 373-1612
www.mccurdycandler.com
File No. 11-04269 /CONV
THIS LAW FIRM IS ACTING AS A DEBT COLLECTOR AND IS ATTEMPTING TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.



CERTIFIED MAIL

FIRST-CLASS MAIL
U.S. POSTAGE
AND FEES PAID
ENGLEWOOD, CO
PERMIT NO. 1194

MONTICELLO
MAY 27 2011

7104 5400 2100 4082 7351

Jane C Mcginnis
14618 Ga Hwy 83n
Monticello, GA 31064

G. Moss & Associates, L.L.P.
6560 Greenwood Plaza
Blvd., Suite 100
Englewood, CO
80111-7100

LAW OFFICES

# McCurdy & Candler, LLC

Six Piedmont Center, Suite 700
3525 Piedmont Road, NE
Atlanta, GA 30305

JULIUS A. McCURDY (1903 - 1993)
SCOTT CANDLER, JR. (1926 - 1994)
J. ROBIN HARRIS (1925 - 1989)

MAILING ADDRESS:
Six Piedmont Center, Suite 700
3525 Piedmont Road, NE
Atlanta, Georgia 30305

JOHN WALTER DRAKE
ALAN E. RAUBER
JOHN C. SAMMON
ANTHONY DEMARLO
SCOTT CANDLER, III
CLARK E. CANDLER
EDNA E. HAWES
SIDNEY A. GELERNTER*
DONALD C. SUESSMITH, JR.
J. MICHAEL DUGAN*
DEBORAH V. CHEEK
CHRISTIE D. HENNINGS
FRANK R. OLSON*
A. BRETT VERNER

PATRICK N. TAGGART*
JOHN D. ANDRLE
C. ERIC BURKETT
JESSICA A. PRICE
CHRISTINA J. PRITZ
TENNIELLE B. BAILEY
ROBERT J. WILKINSON*
DANIEL K. BARBAGELATA
ANDREW M. O'CONNELL
BIANCA K. DAVIS
TODD H. SURDEN
PATRICIA A. LEAL
ELIZABETH A. CHILDERS

TELEPHONE: 404-373-1612
MAIN TELECOPIER: 404-370-7232

WEBSITE: WWW.MCCURDYCANDLER.COM

OF COUNSEL:
REBECCA A. HOELTING          FRANK J. RHODES, JR.
MARGARET C. COURTRIGHT       H. RAIFORD HODGES, JR. (RETIRED)

*ALSO ADMITTED IN TENNESSEE

May 6, 2011

Jane C Mcginnis
14618 Ga Hwy 83n
Monticello GA 31064

| Re: | Our File No.: | 11-04269 |
| --- | --- | --- |
| | Loan No.: | ▮▮▮▮1477 |
| | Payoff: | $74,760.44 |
| | Borrower Name: | Jane C Mcginnis |
| | Property Address: | 172 Hilton Street, Monticello, GA 31064 |

**Servicer: American Home Mortgage Servicing, Inc.**
**Creditor: U.S. Bank National Association, as Trustee for TBW Mortgage-Backed Trust 2006-6, Mortgage Pass-Through Certificates, Series 2006-6**

Dear Borrower:

NOTICE PURSUANT TO FAIR DEBT COLLECTION PRACTICES ACT 15 USC 1692
INITIAL COMMUNICATION LETTER

This law firm represents U.S. Bank National Association, as Trustee for TBW Mortgage-Backed Trust 2006-6, Mortgage Pass-Through Certificates, Series 2006-6 the creditor on the above referenced loan. This letter is to advise you that we have been retained to collect the debt secured by the above-referenced property, which may involve foreclosure proceedings against said property. As of the date of this letter, you owe $74,760.44. Because of interest, late charges, and other charges that may vary from day to day, the amount due on the day you pay may be greater. Hence, if you pay the amount shown above, an adjustment may be necessary after we receive your check, in which event we will inform you before depositing the check for collection. For further information, you may call our loss mitigation department at 1-866-303-0517.

Page 2

      This letter is an attempt to collect a debt and any information obtained by virtue of it will be used for that purpose. Unless you notify us within thirty (30) days after receipt of this letter that the validity of this debt, or any portion of it, is disputed, we will assume that the debt is valid. If you notify us in writing of a dispute, we will obtain verification of the debt and mail it to you. If the creditor named in this letter is not the original creditor, and you make a written request to this law firm within thirty (30) days after receipt of this notice, then the name and address of the original creditor will be mailed to you by this law firm. We may commence the foreclosure action without waiting thirty (30) days, if so requested by our client.

      If you have received a discharge in Bankruptcy proceeding, this notice is not intended to indicate that you are personally liable for this debt. In this instance the information concerning the associated debt owed is for informational purposes only and should be disregarded for any purposes other than that of conducting a non judicial foreclosure of the security pursuant to Georgia law.

      The Servicer may allow you to reinstate the loan and stop the foreclosure. You may call to find out if reinstatement is allowed; and if allowed, to find out the amount of money you must pay in order to cure the default. If you are allowed to reinstate your loan, payment must be made through our office in the form of certified funds or cashier's check. Other alternatives the Servicer may consider are full payoffs, short payoffs, deeds in lieu of foreclosure, repay plan, loan modification or some other mutual agreement. The Servicer is willing to consider your individual circumstances and will be flexible in its consideration of various alternatives. This is not meant to indicate that the Servicer will definitely accept any of the above alternatives as your loan has been accelerated and foreclosure proceedings will continue. I urge you to contact the Servicer at (877) 304-3100 immediately regarding your situation You may also contact our office at our toll free number of 1-866-303-0517 to assist with your communications with the Servicer.

      BE GOVERNED ACCORDINGLY.

                        Sincerely,

                        *Anthony DeMarlo*
                        Anthony DeMarlo

AD/jnunn

THIS LAW FIRM IS ACTING AS A DEBT COLLECTOR AND IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE

An important message from the Federal Trade Commission



# A note to Homeowners

Facing foreclosure? Scammers are targeting people having trouble paying their mortgages. Some claim to be able to "rescue" homeowners from foreclosures, while others promise loan modifications – for a fee. The **Federal Trade Commission**, the nation's consumer protection agency, wants you to know how to avoid scams that could make your housing situation go from bad to worse.

## Don't Get Hit by a Pitch.

*"We can stop your foreclosure!"*
*"97% success rate!"*
*"Guaranteed to save your home!"*
These kinds of claims are the tell-tale signs of a foreclosure rip-off. Steer clear of anyone who offers an easy out.

## Don't Pay for a Promise.

Don't pay any business, organization, or person who promises to prevent foreclosure or get you a new mortgage. These so-called "foreclosure rescue companies" claim they can help save your home, but they're out to make a quick buck. Some may request hefty fees in advance – and then stop returning your calls. Others may string you along before disclosing their charges. Cut off all dealings if someone insists on a fee.

## Send Payments Directly.

Some scammers offer to handle financial arrangements for you, but then just pocket your payment. Send your mortgage payments ONLY to your mortgage servicer.

## Don't Pay for a Second Opinion.

Have you applied for a loan modification and been turned down? Never pay for a "second opinion."

## Imitations = Frustrations.

Some con artists use names, phone numbers, and websites to make it look like they're part of the government. If you want to contact a government agency, type the web address directly into your browser and look up any address you aren't sure about. Use phone numbers listed on agency websites or in other reliable sources, like the Blue Pages in your phone directory. Don't click on links or open any attachments in unexpected emails.

## Talk to a HUD-Certified Counseling Agency – For Free.

If you're having trouble paying your mortgage or you've already gotten a delinquency notice, free help is a phone call away. Call 1-888-995-HOPE for free personalized advice from housing counseling agencies certified by the U.S. Department of Housing and Urban Development (HUD). This national hotline – open 24/7 – is operated by the Homeownership Preservation Foundation, a nonprofit member of the HOPE NOW Alliance of mortgage industry members and HUD-certified counseling agencies. For free guidance online, visit www.hopenow.com. For free information on the President's plan to help homeowners, visit www.makinghomeaffordable.gov.

Federal Trade Commission
ftc.gov/MoneyMatters

LAW OFFICES

McCURDY & CANDLER, L.L.C.

3525 PIEDMONT ROAD, NE

BUILDING 6, SUITE 700

ATLANTA, GEORGIA 30305

File No. 11-04269 jnunn/06/07/2011



02 1P
000316020
MAILED FR

Jane C Mcginnis
14618 Ga Hwy 83n
Monticello GA 31064

31064+8254

---

**U.S. POSTAL SERVICE**          **CERTIFICATE OF MAILING**

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT
PROVIDE FOR INSURANCE-POSTMASTER

1000

Received From:

One piece of ordinary mail addressed to:

PS Form 3817, January 2001

$1.15
U.S. POSTAGE
PAID
MONTICELLO,GA
HWY 314-11
000-65999-07
AMOUNT

# Exhibit 15



**AHMSI**
AMERICAN HOME MORTGAGE INC
*Servicing*
at a higher power

P.O. Box 631730
Irving, TX 75063-1730

May 11, 2011

Jane C McGinnis
14618 GA Hwy 83n
Monticello, GA 31064-

Loan No.  ██████1477

Dear Jane C McGinnis :

American Home Mortgage Servicing, Inc. is returning your check number
1659 for $638.32.  These funds are being returned to you because
they do not represent the total amount due or are not in form of
certified funds (Cashiers check, Money Order or Western Union Quick
Collect).

Please note that your loan was submitted to foreclosure on 03-01-11. If
you have any questions regarding this matter, please contact us at
(877) 304-3100, Monday through Friday from 7:00 a.m. to 9:00 p.m. CST.

Sincerely,

Home Retention Team Representative
American Home Mortgage Servicing, Inc.

American Home Mortgage Servicing, Inc., is a debt collector attempting
to collect a debt. Any information obtained will be used for that
purpose. However, in the event the debt has been discharged pursuant
to or the addressee or recipient is under the protection of federal
bankruptcy law, this communication is solely for informational

---

1659

**JCM RENTALS**
**ADAM MCGINNIS**
770-337-5430
14618 GA. HIGHWAY 83 N
MONTICELLO, GA  31064

MCINTOSH STATE BANK
MONTICELLO, GEORGIA 31064

64-112-611

5/1/2011

MAY 13 '11 PM 2:53

PAY TO THE
ORDER OF   AHMSI, INC.                                        $ *638.32

Six Hundred Thirty-Eight and 32/100***************************************************** DOLLARS

AHMSI, INC.
P.O.BOX 660029
DALLAS, TX 75266-0029

MEMO

account# ██████1477/ 172 HILTON STREET

# Exhibit
# 16

PAGE 12—THE MONTICELLO NEWS, THURSDAY, APRIL 14, 2011

# PUBLIC NOTICES

**Continued from Page 11**

The debt secured by said Deed to Secure Debt has been and is hereby declared due and payable because of non-payment of monthly installments on said loan note.

Said property will be sold subject to the following encumbrances. (1) Outstanding ad valorem taxes and/or assessments, if any, and all prior encumbrances of record.

To the best of the undersigned's knowledge and belief, the party/parties in possession of the property is/are Luke Contracting, Inc..

Community Capital Bank, as attorney-in-fact for Luke Contracting, Inc.!
**By Mark C. Walker**
**Attorney for Community Capital Bank**
**205 Corporate Center Drive**
**Suite B**
**Stockbridge, Georgia 30281**
**(404) 348-4881**
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.
gpn11
Legal No. 11278
April 7, 14, 21, 28, 2011
**NOTICE OF SALE**
**UNDER POWER**
STATE OF GEORGIA
COUNTY OF JASPER

Because of default in the payment of the indebtedness, secured by a Security Deed executed by Jane C Mcginnis to Mortgage Electronic Registration Systems, Inc. as nominee for Taylor, Bean & Whitaker Mortgage Corp., its successors and assigns dated October 31, 2006 in the amount of $72,750.00, and recorded in Deed Book 603, Page 78, Jasper County, Georgia Records; as last transferred to U.S. Bank National Association, as Trustee for TBW MORTGAGE-BACKED TRUST 2006-6, MORTGAGE PASS-THROUGH CERTIFICATES, Series 2006-6 by assignment; the undersigned, U.S. Bank National Association, as Trustee for TBW MORTGAGE-BACKED TRUST 2006-6, MORTGAGE PASS-THROUGH CERTIFI-CATES, Series 2006-6 pursuant to said deed and the note thereby secured, has declared the entire

the U.S. Bankruptcy Code and (2) to final confirmation and audit of the status of the loan with the holder of the security deed.

Notice has been given of intention to collect attorneys' fees in accordance with the terms of the note secured by said deed.

Said property will be sold as the property of Jane C Mcginnis and the proceeds of said sale will be applied to the payment of said indebtedness, the expense of said sale, all as provided in said deed, and the undersigned will execute a deed to the purchaser as provided in the aforementioned Security Deed.

U.S. Bank National Association, as Trustee for TBW MORT-GAGE-BACKED TRUST 2006-6, MORTGAGE PASS-THROUGH CERTIFICATES, Series 2006-6
Attorney in Fact for Jane C Mcginnis
**Anthony DeMarlo, Attorney/**
**jnunn**
**McCurdy & Candler, L.L.C.**
**(404) 373-1612**
**www.mccurdycandler.com**
**File No. 11-04269 /CONV**
THIS LAW FIRM IS ACTING AS A DEBT COLLECTOR AND IS ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.
gpn11
Legal No. 11279
April 7, 14, 21, 28, 2011
**NOTICE OF SALE**
**UNDER POWER**
STATE OF GEORGIA
COUNTY OF JASPER

Because of default in the payment of the indebtedness, secured by a Security Deed executed by Gary L. Lindsay to Mortgage Electronic Registration Systems, Inc. as nominee for GMAC Mortgage, LLC dba ditech, its successors and assigns dated August 27, 2007 in the amount of $122,700.00, and recorded in Deed Book 649, Page 36, Jasper County, Georgia Records; as last transferred to GMAC Mortgage, LLC by assignment; the undersigned, GMAC Mortgage, LLC pursuant to said deed and the note thereby secured, has declared the entire amount of said indebtedness due and payable and pursuant to the power of sale contained in said deed, will on the first Tuesday in May, 2011

COUNTY OF JASPER

Under and by virtue of the Power of Sale in a certain Deed to Secure Debt dated May 22, 2007 from Carly P. Bunn and Kerry R. Bunn, aka Kerry Randall Bunn, Sr., to McIntosh State Bank recorded in Deed Book 633, Pages 219-221, Jasper County Clerk's Office, Monticello, Georgia, and said Deed to Secure Debt having been given to secure a Promissory Note dated May 22, 2007 in the original and principal amount of **One Hundred Eighty Nine Thousand Nine Hundred Sixty Eight Dollars and Twenty-Two Cents** ($ 189,968.22), there will be sold by the undersigned at public outcry, during the legal hours of sale before the door of the Courthouse of Jasper County, Georgia, on the 1st TUESDAY IN MAY 2011, to the highest and best bidder for cash, the following described property:

All that tract or parcel of land with house and all improvements located thereon, containing 1.0 acre, situate, lying and being in Land Lot 140 of the 16th Land District and in the 291st G.M. District of Jasper County, Georgia, and being more particularly described on that certain Plat for Carol S. Mayer, dated 5/2/78, prepared by Linda H. Jordan, Jasper County Surveyor, and recorded in Plat Book 6, page 198, in the Office of the Clerk of Superior Court, Jasper County Georgia; said plat is by this reference incorporated herein, and made a part of this description for all purposes.

This is the identical property described in that certain Warranty Deed from John A. Propst & Pamela L. Propst to Kerry R. Bunn and Cathy P. Bunn, dated December 22, 1997 and recorded in Deed Book 212, page 195, aforesaid records.

MAP 022, PARCEL 060A.
THIS PROPERTY LOCATED AT: 4755 POST ROAD, MONTICELLO, GEORGIA 31064.

This debt secured by said Deed to Secure Debt and Note has been and is hereby declared due and payable because of default in payment of said premises in

the City Limits of Monticello, Jasper County, Georgia, containing 0.41 acre and being identified as 112 on that survey for S. Thomason; dated June 1993, prepared by Edward Thompson, R.L.S. # and recorded in Plat 8, page 626, Clerks Of Jasper Superior Court.

This is the identical property described in that certain Warranty Deed from Julie S. fka Julie S. Thomason Behling, dated August 3 and recorded in Deed Bo page 11, Office of the Jasper County, Georgia.

MAP & PARCEL # MC THIS PROPERTY LO AT: 24 BURNEY MONTICELLO, GE 31064.

This debt secured by said to Secure Debt and N been and is hereby decl and payable because of in payment on said prop accordance with the term Deed to Secure Debt and

Notice has been give intention to enforce pr for the collection of a fees and foreclosure in dance with the legal ments of the terms of th Secure Debt and Note.

Said powers will be and said land will be so property of Kerry R. B and Cathy P. Bunn, by th signed as attorney in fa purpose of paying the i ness secured by said Secure Debt and Note.

The proceeds of the be used as follows:

a) To pay the exper the sale, including a fees;

b) To pay the sum s by said Deed to Debt;

c) The balance, if Kerry R. Bunn, S Cathy P. Bunn;

McIntosh St
As Attorney/St
Kerry R. B
and Cathy
**Kelly & Kelly, LLP,**
**Attorneys at Law**
**Roy R. Kelly, III,**
**Attorney for McIntosh**
**State Bank**
**State Bar Number 41.**

public outcry to the highest bidder for cash, the property described in said deed to-wit:

All that tract or parcel of land lying and being in a portion of land lot 56 of the 16th Land District of Jasper County, Georgia, being within the City Limits of the City of Monticello, Georgia, and containing .50 acres and designated as Lot 2 on a certain plat of survey prepared by Linda H. Jordan, Jasper County, Surveyor, dated January 17, 1996 and recorded in Plat Book 9, Page 287, Jasper County Clerks Office, Monticello, Georgia. Said plat and the record of same is incorporated herein and made a part of this description by reference.

As a covenant running with the land, there shall be no trailers, no single-wide or double-wide mobile homes or modular or manufactured homes placed on the above-described land. Also, as a covenant running with the land, no trees or any other type of vegetation shall be removed, disturbed or cleared within 20 feet of the property designated as tract a containing .88 acre and property designated as owned by Paul M. Cropper. Both properties are delineated in Plat Book 9, Page 191, Jasper County Clerks Office, Monticello, Georgia. Both of these restrictive covenants shall be effective twenty (20) years from the date of this conveyance.

This is a portion of the property described in a certain warranty deed from Eugene M. Benton to Allen G. McGinnis, dated May 23, 2000, and recorded in Deed Book 278, Pages 249-250, Jasper County Clerks Office, Monticello, Georgia.

which has the property address of 172 Hilton St, Monticello, Georgia., together with all fixtures and other personal property conveyed by said deed.

The sale will be held subject to any unpaid taxes, assessments, rights-of-way, easements, protective covenants or restrictions, liens, and other superior matters of record which may affect said property.

The sale will be conducted subject (1) to confirmation that the sale is not prohibited under

---

Jasper County, State of Georgia, as more fully described in Deed Book 449, Page 195, ID# 020B 044, being known and designated as follows:

Lying and being in Land Lot 146, 18th District, Jasper County, Georgia, being Lot 43, Meadowlark Addition to Turtle Cove Subdivision, Plat Book 4, Page 29, Jasper County, Georgia Records.

By Fee Simple Deed from Starfirst Homes Inc. as set forth in Deed Book 449, Page 195 dated 01/13/2004 and recorded 01/16/2004, Jasper County Records, State of Georgia.

which has the property address of 84 Falcon Cir, Monticello, Georgia., together with all fixtures and other personal property conveyed by said deed.

The sale will be held subject to any unpaid taxes, assessments, rights-of-way, easements, protective covenants or restrictions, liens, and other superior matters of record which may affect said property.

The sale will be conducted subject (1) to confirmation that the sale is not prohibited under the U.S. Bankruptcy Code and (2) to final confirmation and audit of the status of the loan with the holder of the security deed.

Notice has been given of intention to collect attorneys' fees in accordance with the terms of the note secured by said deed.

Said property will be sold as the property of Gary L. Lindsay and the proceeds of said sale will be applied to the payment of said indebtedness, the expense of said sale, all as provided in said deed, and the undersigned will execute a deed to the purchaser as provided in the aforementioned Security Deed.

GMAC Mortgage, LLC
Attorney in Fact for
Gary L. Lindsay
**Anthony DeMarlo, Attorney/kcarr**
**McCurdy & Candler, L.L.C.**
**(404) 373-1612**
**www.mccurdycandler.com**
**File No. 10-24740 /FHLMC**
THIS LAW FIRM IS ACTING AS A DEBT COLLECTOR AND IS ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.
gpn11
Legal No. 11280
April 7, 14, 21, 28, 2011
NOTICE OF SALE
UNDER POWER AND
DEED TO SECURE DEBT
STATE OF GEORGIA

---

dance with the legal requirements of the terms of the Deed to Secure Debt and Note.

Said powers will be exercised and said land will be sold as the property of Cathy P. Bunn and Kerry R. Bunn, aka Kerry Randall Bunn, Sr., by the undersigned as attorney in fact for the purpose of paying the indebtedness secured by said Deed to Secure Debt and Note.

The proceeds of the sale shall be used as follows:

a) To pay the expenses of the sale, including attorney fees;

b) To pay the sum secured by said Deed to Secure Debt;

c) The balance, if any, to Cathy P. Bunn and Kerry R. Bunn, aka Kerry Randall Bunn, Sr.;

McIntosh State Bank,
As Attorney-In-Fact for:
Cathy P. Bunn and
Kerry R. Bunn,
aka Kerry Randall Bunn, Sr.
**Kelly & Kelly, LLP,**
**Attorneys at Law**
**Roy R. Kelly, III,**
**Attorney for McIntosh State Bank**
State Bar Number 413050
121 East Greene Street,
PO Box 191
Monticello, GA 31064
(706) 468-2211
gpn11
Legal No. 11281
April 7, 14, 21, 28, 2011
NOTICE OF SALE
UNDER POWER AND
DEED TO SECURE DEBT
STATE OF GEORGIA
COUNTY OF JASPER

Under and by virtue of the Power of Sale in a certain Deed to Secure Debt dated July 27, 2006 from Kerry R. Bunn, Sr., and Cathy P. Bunn, to McIntosh State Bank recorded in Deed Book 589, Pages 203-205, Jasper County Clerk's Office, Monticello, Georgia, and said Deed to Secure Debt having been given to secure a Promissory Note dated July 27, 2006 in the original and principal amount of **Eighty Three Thousand Dollars *** ($83,000.00), there will be sold by the undersigned at public outcry, during the legal hours of sale before the door of the Courthouse of Jasper County, Georgia, on the 1st TUESDAY IN MAY 2011, to the highest and best bidder for cash, the following described property:

All that tract or parcel of land with dwelling and all improvements located thereon situate, lying and being in Land Lot 36 of the 16th G.M.D. 295th, within

---

April 7, 14, 21, 28, 2011
NOTICE OF SALE
UNDER POWER
STATE OF GEORGIA
COUNTY OF JASPER

Under and by virtue power of sale contain the Security Deed from CENTURY CONSTRU INC. ("Grantor") to THE MUNITY BANK ("C nity"), dated August 26, filed August 30, 1999, re at Deed Book 257, Pag Jasper County, Georgia r as modified by that M( tion of Security Deed date 21, 2004, filed May 24, recorded in Deed Book Page 132; as further m by that Modification of S Deed dated December 21 filed January 24, 2005, re in Deed Book 504, Page further modified by that S Deed dated December 21 filed January 24, 2005, re in Deed Book 504, Page further modified by that fication of Security Deed October 12, 2005, filed Dec 12, 2005, recorded in Dee 556, Page 119, aforesaid (the "Deed to Secure as transferred and as from the FEDERAL DE INSURANCE CORPORA ("FDIC"), as receiver of munity, to MULTIBANK RES ADC VENTURE, I Delaware limited liability pany by Assignment of S Deed dated February 9, filed June 16, 2010, re in Deed Book 740, Page subsequently transferred assigned to RES-GA M CELLO, LLC, a Florida liability company ("Grante Assignment of Security dated February 7, 2011 February 21, 2011, recor Deed Book 756, Page 327, said records. Grantee as ney-in-fact for Grantor, w at public outcry to the l bidder for cash, between the hours of sale before the c the courthouse in Jasper C Georgia, on the first (1st) day in May, 2011, the fol described property, to wit:

TRACT I:
ALL THAT TRACT PARCEL OF LAND and being in Land 48 and 49 of the 18th trict and 380th G.M.I Jasper County, Geo designated as Parcel 3, containing 53.41 a more or less; and Parcel 4, containing 44.15 a more or less; as shown a plat of survey entitled

# Exhibit
# 17

1226

Filed and recorded ___July 11, 2011___
at 11:00 A M. in Deed Book ___766___ p 43-49
_____  Dan Jordan, Clerk
Superior Court, Jasper County, GA

JASPER COUNTY, GEORGIA
Real Estate Transfer Tax
PAID $ None
DATE 7-11-11
_____
DAN JORDAN, CLERK SUPERIOR COURT
079-2011-000489

When Recorded, Return to:
Mr. Anthony DeMario/gevans /CONV
McCurdy & Candler, L.L.C.
3525 Piedmont Road NE, Six Piedmont Center, Suite 700
Atlanta, GA 30305

## FORECLOSURE DEED

AHMSI
File No. 11-04269 /Jane C Mcginnis

STATE OF ___Florida___
COUNTY OF ___Duval___

THIS INDENTURE made and entered into June 7, 2011, by and between Jane C
Mcginnis, acting by and through her duly appointed agent and attorney-in-fact, U.S. Bank
National Association, as Trustee for TBW Mortgage-Backed Trust 2006-6, Mortgage Pass-
Through Certificates, Series 2006-6, Party of the First Part, and U.S. Bank National Association,
as Trustee for TBW Mortgage-Backed Trust 2006-6, Mortgage Pass-Through Certificates, Series
2006-6 as Party of the Second Part,

WITNESSETH:  That, whereas, heretofore on October 31, 2006 , Jane C Mcginnis
executed a certain Deed to Secure Debt to Mortgage Electronic Registration Systems, Inc. as
nominee for Taylor, Bean & Whitaker Mortgage Corp., its successors and assigns, which is
recorded in Deed Book 603, Page 78, Jasper County, Georgia records, and lastly assigned to
**U.S. Bank National Association, as Trustee for TBW Mortgage-Backed Trust 2006-6,**
**Mortgage Pass-Through Certificates, Series 2006-6 by Assignment recorded in Deed Book**
**761, Page 327, Jasper County, Georgia records;** and which conveys the property hereinafter
described to secure an indebtedness described therein, and

WHEREAS, said indebtedness was not paid in accordance with the terms of said Note
and Deed to Secure Debt and became in default and under the terms thereof the entire principal
and interest was declared due and payable, and

WHEREAS, the said U.S. Bank National Association, as Trustee for TBW Mortgage-
Backed Trust 2006-6, Mortgage Pass-Through Certificates, Series 2006-6, as aforesaid,
according to the terms of said Deed to Secure Debt did expose said property for sale to the
highest and best bidder for cash on the first Tuesday in June, 2011, within the legal hours of sale
before the Courthouse door in Jasper County, Georgia, after first advertising said sale by a
notice published in The Monticello News once a week for four weeks immediately preceding
said sale and complying with the terms of said Deed to Secure Debt and said advertising, and

43

File No. 11-04269

WHEREAS, the property hereinafter described was knocked off to the Party of the Second Part, U.S. Bank National Association, as Trustee for TBW Mortgage-Backed Trust 2006-6, Mortgage Pass-Through Certificates, Series 2006-6, being the highest and best bidder for cash, at and for the sum of Twenty-Five Thousand and 00/100 Dollars ($25,000.00).

NOW, THEREFORE, in consideration of the premises and the said sum of Twenty-Five Thousand and 00/100 Dollars ($25,000.00), cash in hand paid, the receipt of which is hereby acknowledged, the said Jane C Mcginnis, acting by and through her duly appointed agent and attorney-in-fact, U.S. Bank National Association, as Trustee for TBW Mortgage-Backed Trust 2006-6, Mortgage Pass-Through Certificates, Series 2006-6, as aforesaid, does hereby sell, transfer and convey unto U.S. Bank National Association, as Trustee for TBW Mortgage-Backed Trust 2006-6, Mortgage Pass-Through Certificates, Series 2006-6 its successors and assigns, the following described property, to-wit:

**All that tract or parcel of land lying and being in a portion of Land Lot 56 of the 16th Land District of Jasper County, Georgia, being within the City Limits of the City of Monticello, Georgia, and containing .50 acres and designated as Lot 2 on a certain plat of survey prepared by Linda H. Jordan, Jasper County, Surveyor, dated January 17, 1996 and recorded in Plat Book 9, Page 287, Jasper County Clerks Office, Monticello, Georgia. Said plat and the record of same is incorporated herein and made a part of this description by reference.**
**As a covenant running with the land, there shall be no trailers, no single-wide or double-wide mobile homes or modular or manufactured homes placed on the above-described land. Also, as a covenant running with the land, no trees or any other type of vegetation shall be removed, disturbed or cleared within 20 feet of the property designated as tract a containing .88 acre and property designated as owned by Paul M. Cropper, Both properties are delineated in Plat Book 9, Page 181, Jasper County Clerks Office, Monticello, Georgia. Both of these restrictive covenants shall be effective twenty (20) years from the date of this conveyance.**
**This is a portion of the property described in a certain Warranty Deed from Eugene M. Benton to Allen G. McGinnis, dated May 23, 2000, and recorded in Deed Book 278, Pages 249-250, Jasper County Clerks Office, Monticello, Georgia.**

Notice of the foreclosure sale as required by Georgia Law in the form of a copy of the Notice of Sale submitted to the publisher was provided to the debtor at least thirty (30) days prior to the foreclosure sale on June 7, 2011.

Said property is conveyed subject to any outstanding taxes or assessments which may be liens against said property, any matters disclosed by survey and inspection, any liens, encumbrances, restrictions, covenants, zoning ordinances and any matters of record superior to the foreclosed Security Deed.

TO HAVE AND TO HOLD the said bargained premises, together with all and singular the rights, members and appurtenances thereof, to the same being, belonging or in any wise appertaining, to the only proper use, benefit and behoof of it, the said party of the Second Part, its successors and assigns, forever, in FEE SIMPLE.

44

File No. 11-04269

    IN WITNESS WHEREOF, the said Party of the First Part has hereunto set his/her hand and affixed his/her seal, the day and year first above written.

Jane C Mcginnis

**Please See Attached as Exhibit "A"**

BY:  U.S. Bank National Association, as Trustee for TBW Mortgage-Backed Trust 2006-6, Mortgage Pass-Through Certificates, Series 2006-6, By American Home Mortgage Servicing Inc. as Attorney in Fact*

BY:

Name:    Josh **Trussel**
Title:    Vice President

BY:

Name:  Angela Mitchell
Title:  VP

As Attorney-in-Fact

Signed, Sealed and Delivered
in the presence of:

Vicki Bantly
Witness

Notary Public

My Commission Expires: 1-12-14
    [Notarial Seal]

Date of Execution: _____ JUN 2 3 2011

TAMMY M. HANSEN
MY COMMISSION # DD 925072
EXPIRES: January 12, 2014
Bonded Thru Notary Public Underwriters

4 5

Exhibit "A"

After Recording Return To:
McCurdy & Candler, LLC
Post-Sale Foreclosure Dept.
P.O. Box 57
Decatur, GA 30031

Deed Book 1476A Pg 391
Filed and Recorded Mar-25-2010 10:34am
2010-0060102

Jg C. Stephenson
Clerk of Superior Court Cobb Cty, Ga.

RECORDING REQUESTED BY:
American Home Mortgage Servicing, Inc.
4600 Regent Blvd., Suite 200
Irving, TX 75063

SPACE ABOVE THIS LINE FOR RECORDER'S USE

### LIMITED POWER OF ATTORNEY

U.S. Bank National Association, a national banking association organized and existing under the laws of the United States and having an office at 60 Livingston Avenue, EP-MN-WS3D, St. Paul, MN 55107, not in its individual capacity but merely as Trustee ("Trustee"), hereby constitutes and appoints American Home Mortgage Servicing, Inc., ("Servicer"), and in its name, aforesaid Attorney-In-Fact, by and through any officer appointed by the Board of Directors of Servicer, to execute and acknowledge in writing or by facsimile stamp all documents customarily and reasonably necessary and appropriate for the tasks described in the items (1) through (5) below; provided however, that the documents described below may only be executed and delivered by such Attorney-In-Fact if such documents are required or permitted under the terms of the related servicing agreements and no power is granted hereunder to take any action that would be adverse to the interests of U.S. Bank National Association. This Limited Power of Attorney is being issued in connection with Servicer's responsibilities to service certain mortgage loans (the "Loans") held by U.S. Bank National Association, as Trustee. These Loans are comprised of Mortgages, Deeds of Trust, Deeds to Secure Debt and other forms of Security Instruments (collectively the "Security Instruments") and the Notes secured thereby.

1.  Demand, sue for, recover, collect and receive each and every sum of money, debt, account and interest (which now is, or hereafter shall become due and payable) belonging to or claimed by U.S. Bank National Association, as Trustee, and to use or take any lawful means for recovery by legal process or otherwise, including but not limited to the substitution of trustee serving under a Deed of Trust, the preparation and issuance of statements of breach, notices of default, and/or notices of sale, taking deeds in lieu of foreclosure, and foreclosing on the properties under the Security Instruments.

2.  Execute and/or file such documents and take such other action as is proper and necessary to defend U.N. Bank National Association, as Trustee in litigation and to resolve any litigation where the Servicer has an obligation to defend U.S. Bank National Association, as Trustee.

3.  Transact business of any kind regarding the Loans, and obtain an interest therein and/or building thereon, as U.S. Bank National Association, as Trustee's act and deed, to contract for, purchase, receive and take possession and evidence of title in and to the property and/or to secure payment of a promissory note or performance of any obligation or agreement.

4.  Execute bonds, notes, mortgages, deeds of trust and other contracts, agreements and instruments regarding the Borrowers and/or the Property, including but not limited to the execution of releases, satisfactions, assignments, loan modification agreements, loan assumption agreements, subordination agreements, property adjustment agreements, and other instruments pertaining to mortgages or deeds of trust, and execution of deeds and associated instruments, if any, conveying the Property. In the interest of U.S. Bank National Association, as Trustee.

5.  Endorse on behalf of the undersigned all checks, drafts and/or other negotiable instruments made payable to the undersigned.

Servicer hereby agrees to indemnify and hold U.S. Bank National Association, as Trustee, and its directors, officers, employees and agents harmless from and against any and all liabilities,

46

Deed Book 14768 Pg 392

obligations, losses, damages, penalties, actions, judgments, suits, costs, expenses or disbursements of any kind or nature whatsoever incurred by reason or result of the exercise by the Servicer of the powers specifically granted to it under the related servicing agreements. The foregoing indemnity shall survive the termination of this Limited Power of Attorney and the related servicing agreements or the earlier resignation or removal of U.S. Bank National Association, as Trustee under the related servicing agreements listed on Schedule A, attached.

Witness my hand and seal this 6th day of April, 2010.

NO CORPORATE SEAL.

U.S. Bank National Association, as Trustee,

Kati Anderson
Witness: Kati Anderson

By: _____
Becky Warren, Vice President

Witness: Christy Mahan

By: _____
Charles F. Pedersen, Vice President

Attest: Trisha L. Willett, Trust Officer

### CORPORATE ACKNOWLEDGMENT

State of Minnesota

County of Ramsey

On this 6th day of April, 2010, before me, the undersigned, a Notary Public in and for said County and State, personally appeared Becky Warren, Charles F. Pedersen and Trisha L. Willett, personally known to me (or proved to me on the basis of satisfactory evidence) to be the persons who executed the within instrument as Vice President, Vice President and Trust Officer, respectively of U.S. Bank National Association, a national banking association, and acknowledged to me that such national banking association executed the within instrument pursuant to its by-laws or a resolution of its Board of Directors.

WITNESS my hand and official seal.

Signature: Karen L. Warren

My commission expires: 01/31/2012

KAREN L. WARREN
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan 31, 2012

47

Deed Book 14788 Pg   393

## Exhibit A

1. Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2004-S2
2. Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2004-S3
3. Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2004-S4
4. Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2005-S1
5. Structured Asset Investment Loan Trust 2005-3
6. Structured Asset Investment Loan Trust 2005-4
7. J.P. Morgan Mortgage Acquisition Corp. 2005-OPT1
8. STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-S5
9. STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-SC1
10. Structured Asset Securities Corporation Loan Trust Series 2005-GEL4, Mortgage Pass-Through Certificates, Series 2005-GEL4
11. Structured Asset Investment Loan Trust 2005-10
12. Structured Asset Securities Corporation Mortgage Loan Trust 2005-OPT1, Mortgage Pass-Through Certificates, Series 2005-OPT1
13. Structured Asset Investment Loan Trust 2005-11
14. J. P. Morgan Mortgage Acquisition Corp. 2005-OPT2
15. Structured Asset Investment Loan Trust 2006-2
16. Asset Backed Securities Corporation Home Equity Loan Trust, Series OOMC 2006-HE3
17. Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2006-GEL2
18. Asset Backed Securities Corporation Home Equity Loan Trust, Series OOMC 2006-HE5
19. Structured Asset Investment Loan Trust 2006-BNC2
20. Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2006-GEL3
21. Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2006-BC2
22. Asset Backed Funding Corporation Asset-Backed Certificates, Series 2006-HE1
23. Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2006-Z
24. Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2006-BC6
25. Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-GEL2
26. Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-YC1
27. Asset Backed Securities Trust 2007-HE2, Mortgage Pass Through Certificates, Series 2007-HE2
28. Asset-Backed Floating Rate Certificates Series 1998-OPT2
29. SASCO Mortgage Loan Trust Series 2003-GEL1
30. Salomon Brothers Mortgage Securities VII, Inc., Mortgage Pass-Through Certificates, Series 1998-NC7
31. Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2005-S4
32. Structured Asset Investment Loan Trust 2005-5
33. Structured Asset Investment Loan Trust 2005-6
34. Structured Asset Investment Loan Trust 2005-7
35. Structured Asset Securities Corporation 1998-2
36. Structured Asset Securities Corporation 1998-3
37. Structured Asset Securities Corporation 1998-6
38. Citigroup Mortgage Loan Trust Inc., Asset-Backed Pass-Through Certificates, Series 2006-AMC1
39. Citigroup Mortgage Loan Trust Inc., Asset-Backed Pass-Through Certificates, Series 2006-HE2
40. Zuni Trust 2006-OA1
41. MLMI 2005-OPT1
42. TBW Mortgage-Backed Pass-Through Certificates, Series 2006-1
43. TBW Mortgage-Backed Pass-Through Certificates, Series 2006-2
44. TBW Mortgage-Backed Pass-Through Certificates, Series 2006-3
45. TBW Mortgage-Backed Pass-Through Certificates, Series 2006-4

48

Deed Book 14768 Pg   394
Jay C. Stephenson
Clerk of Superior Court Cobb Cty., Ga.

46. TBW Mortgage-Backed Pass-Through Certificates, Series 2006-5
47. TBW Mortgage-Backed Pass-Through Certificates, Series 2006-6
48. TBW Mortgage-Backed Pass-Through Certificates, Series 2007-2

49

EXHIBIT
18

June 12, 2012

Homeward Residential
Customer Correspondence
Post Office Box 631730
Irving, TX 75063-1730
*VIA Certified Mail No. 7010-0780-0001-2967-8390*

Homeward Residential
Post Office Box 660029
Dallas, TX 75266-0029
*VIA Certified Mail No. 7010-0780-0001-2967-8413*

Homeward Residential
1525 South Belt Line Road
Coppell, TX 75019
*VIA Certified Mail No. 7010-0780-0001-2967-8406*

**RE:    Jane McGinnis**

Dear Sirs:

I am writing on behalf of my mother, Jane McGinnis, concerning 7 loans my mother had with you.

Mother had 7 loans with you. One has been foreclosed upon by you, Loan No. 5000191477, 172 Hilton Street. At the present time, Mother has 6 loans with you.

The 7 loans that are the subject of this letter are as follows:

| Loan Number | Address |
| --- | --- |
| 5000168335 | 474 / 476 Kelly Lane |
| 5000191576 | 111 Tucker Circle |
| 5000191477 | 172 Hilton Street |
| 5000191436 | 173 Lenora Drive |
| 5000191543 | 224 Lenora Drive |
| 5000191279 | 185 Lenora Drive |
| 5000191337 | 1852 Persons Street |

Have you ever given Mother credit on any of these loans for the August, 2009 payment to Taylor, Bean & Whitaker (TB&W)? If so, for what loan numbers and in what amount and on what date was she given credit for the payment? [Please do NOT attach computer printouts – please answer the question.]

Have you ever given Mother credit on any of these loans for the September, 2009 payment to TB&W? If so, for what loan numbers and in what amount and on what date was she given credit for the payment? [Please do NOT attach computer printouts – please answer the question.]

Have you ever given Mother credit on any of these loans for the October, 2009 payment to TB&W? If so, for what loan numbers and in what amount and on what date was she given credit for the payment? [Please do NOT attach computer printouts – please answer the question.]

If you have not given my mother credit for ALL of the payments listed above, please state as to each payment for which you have not given her credit for having made WHY you have not given her credit for the payment.

If you had given Mother credit for the August, September and October of 2009 payments, would my mother's 6 loans remaining with you have been current according to your records as of May 15, 2012 – exclusive of fees and costs you have charged to her account? If not, what payments do you contend were not made and in what amounts and for what months? [Do NOT simply attach computer printouts – please answer the question.]

If you have not given Mother credit for the payments for August, September and October of 2009, please accept this as yet another – of many – demands that you give her credit for these payments. If you will not do so, please explain why you will not do so TODAY!

This is a further request that you rescind the sale of 172 Hilton Street that you foreclosed upon and reinstate everything back to the way it was. If you will not do so, please state why you will not do so.

Enclosed is a copy of a letter my lawyer, Charlie Gower, wrote to the 3 credit bureaus dated June 12, 2012. Will you agree today to straighten out my mother's credit? If not, why not?

Please explain WHY you have never sent monthly statements on my mother's loans with you. If you claim that you have done so, please state for what months you claim you have sent monthly billing statements and on what loans and to what address or addresses you claim to have sent them.

Please send a listing of all fees, costs and expenses of every type which you have collected on my mother's loan no. 5000191477, 172 Hilton Street from the time you took it over from TB&W to the present date and state to whom the fees, costs and expenses were paid and what they were for – including fees and costs relating to the foreclosure sale of 172 Hilton Street.

This is a qualified written request! if the addresses I am sending this letter to are not the addresses which you contend I should send a qualified written request letter to, please give me the addresses.

Sincerely,


ADAM MCGINNIS for
Jane McGinnis
8638 Highway 16
Monticello, GA 31064.

# Charles A. Gower, P.C.

### ATTORNEYS AT LAW

1425 WYNNTON ROAD
POST OFFICE BOX 5509
COLUMBUS, GEORGIA 31906
-----------
www.cagower.com

Charles A. Gower
charlie@cagower.com

Telephone: 706.324.5685
Facsimile:  706.322.2964

June 12, 2012

## *VIA CERTIFIED MAIL / RETURN RECEIPT REQUESTED*

*Certified Mail No.: 7010 0780 0001 2976 3591*
Equifax Credit Bureau
Post Office Box 105518
Atlanta, Georgia 30348

*Certified Mail No. 7010 0780 0001 2967 9618:*
Trans Union Consumer Solutions
Post Office Box 2000
Chester, Pennsylvania 19022-2000

*Certified Mail No.: 7010 0780 0001 2967 9625*
Experian
5909 Peachtree-Dunwoody Road, NE
Suite 1000
Atlanta, Georgia 30328

RE:    Mortgagee:          **Jane McGinnis**
       Social Security No.:   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
       Date of Birth:        March 4, 1942
       Mortgagor:           **AHMSI a/k/a Homeward Residential a/k/a
                            American Home Mortgage Servicing, Inc.**

Dear Sirs:

This law firm is writing to you concerning seven (7) loans involving AHMSI now
Homeward Residential (Homeward).  Jane McGinnis had seven loans with Homeward
and one was foreclosed upon by them — Loan Number: 5000191477, 172 Hilton
Street.  At the present time, Jane has six (6) loans with them.

The seven loans that are the subject of this dispute are:

Charles A. Gower, P.C.

Equifax Credit Bureau
Trans Union Consumer Solutions
Experian
June 12, 2012
Page Two

| Loan Number | Address |
|---|---|
| 5000168335 | 474 / 476 Kelly Lane |
| 5000191576 | 111 Tucker Circle |
| 5000191477 | 172 Hilton Street |
| 5000191436 | 173 Lenora Drive |
| 5000191543 | 224 Lenora Drive |
| 5000191279 | 185 Lenora Drive |
| 5000191337 | 1852 Persons Street |

Since late 2009, Homeward has been claiming that Jane was behind on her loan payments and has been charging her fees which she does not owe and has been reporting her delinquent on these loans to the credit bureaus. They have also been sending her threatening letters, etc., for years.

All of this relates to payments which Jane made to a prior servicer of her loan, Taylor, Bean and Whitaker (TB&W), which Homeward will not give her credit for having made — which she has made.

The bottom line is that Jane has **ALWAYS** made her payments to TB&W and now to Homeward yet she has had one property wrongfully foreclosed upon and all of the loans reported as delinquent.

This letter is to formally dispute the FALSE information on Jane's credit report and request that you immediately delete the derogatory information reported to you by Homeward. We request under the Fair Credit Reporting Act, that you notify Homeward that we are making this request that Jane's credit be straightened out immediately and reflect that she has never been late on her loans with Homeward nor with TB&W.

Enclosed is a copy of the lawsuit we have filed against AHTMSI that clearly explains the situation and shows how unfairly Homeward has treated Jane.

Charles A. Gower, P.C.

Equifax Credit Bureau
Trans Union Consumer Solutions
Experian
June 12, 2012
Page Three

Please feel free to contact me with any questions you may have concerning the above.  Thank you for your assistance in this regard.

Cordially yours,

CHARLES A. GOWER

CAG/dtw
Enclosure
cc:    Mrs. Jane McGinnis
        Mr. Adam McGinnis

---

**...DER: COMPLETE THIS SECTION**

- ...mplete items 1, 2, and 3. Also complete
  ...m 4 if Restricted Delivery is desired.
  ...nt your name and address on the reverse
  ...hat we can return the card to you.
  ...ch this card to the back of the mailpiece,
  ...n the front if space permits.

...le Addressed to:

Omeward REsidential
525 South Belt Line Road
oppell, TX 75019

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Homeward Residential
P.O. Box 631730           ☐ Agent
                          ☐ Addressee
B. Received by (Printed Name) (P7.5062)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)    ☐ Yes

...cle Number
...nsfer from service label)    7010 0780 0001 2967 8406

...rm 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**...DER: COMPLETE THIS SECTION**

- ...mplete items 1, 2, and 3. Also complete
  ...m 4 if Restricted Delivery is desired.
  ...nt your name and address on the reverse
  ...hat we can return the card to you.
  ...ch this card to the back of the mailpiece,
  ...n the front if space permits.

...cle Addressed to:

...meward Residential
...stomer Correspondence
...O. Box 631730
...ving, TX 75063-1730

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                        ☑ Agent
                         ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
  R. Taber                       05-15-12

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)    ☐ Yes

...icle Number
...ansfer from service label)    7010 0780 0001 2967 8390

...rm 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**...DER: COMPLETE THIS SECTION**

- ...mplete items 1, 2, and 3. Also complete
  ...m 4 if Restricted Delivery is desired.
  ...int your name and address on the reverse
  ...o that we can return the card to you.
  ...ttach this card to the back of the mailpiece,
  ...r on the front if space permits.

...rticle Addressed to:

Homeward Residential
P.O. Box 660029
Dallas, TX 75266-0029

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                        ☐ Agent
                         ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)    ☐ Yes

6/16
⟵ Faint
    Red

...rticle Number
...ransfer from service label)    7010 0780 0001 2967 8413

# EXHIBIT 19



THOMPSON HINE

| ATLANTA | CLEVELAND | DAYTON | WASHINGTON, D.C. |
| CINCINNATI | COLUMBUS | NEW YORK | |

July 16, 2012

Charles A. Gower
1425 Wynnton Road
Post Office Box 5509
Columbus, Georgia 31906

RE: **Homeward Residential, Inc. Loan Numbers 5000191337, 5000191279, 5000191543, 5000191477, 5000168335, 5000191436. Property Addresses: 474/476 Kelly Lane, 172 Hilton Street, 173 Lenora Drive, 224 Lenora Drive, 185 Lenora Drive, and 1852 Persons St.**

Dear Charles:

I am writing to you on behalf of my client, Homeward Residential, Inc. ("Homeward"), in response to your client Jane McGinnis's correspondence dated June 12, 2012 for Loan Numbers 5000191337, 5000191279, 5000191543, 5000191477, 5000168335, 5000191436. This letter serves as an acknowledgement that Homeward received Ms. McGinnis's correspondence for the above-mentioned loans, and Homeward will look into your clients concerns and provide a response and resolution within 60 business days. In the interim, if you have any questions regarding your client's correspondence, please do not hesitate to contact me.

Sincerely,

*Anna C. Mirshak / pw*
*with express permission*

Anna C. Mirshak

ab 89567.1

THOMPSON HINE LLP
ATTORNEYS AT LAW

Two Alliance Center
3560 Lenox Road, Suite 1600
Atlanta, Georgia 30326-4266

www.ThompsonHine.com
Phone: 404.541.2900
Fax: 404.541.2905

# EXHIBIT
# 20

# Rental Agreement

This agreement made and entered into this 3rd day of June 2009, by and between JCM Rentals Inc. c/o Adam McGinnis_(landlord); and __Angie Lloyd__ (tenet)

Landlord hereby leases to tenet and tenet hereby rents from landlord the following described property located at  172 Hilton Street, Monticello, Ga. 31064

The term of this agreement shall be for a period of __5 years____ commencing on June 3, 2009 _ and ending on _____June 31,2014___ .

1.  When the residence is vacated, Resident understands that he/she must leave the residence in a clean condition to include removal of all trash and garbage.

2.  The residence will not be occupied by any persons other than those listed on the Rental Application Form.  All adults on the Rental Application Form must sign the Form.  If Resident desires to have another occupant in his/her residence, Resident understands that he/she must be acceptable to management.  The property shall be used so as to comply with all federal, state, county, and municipal laws and ordinances and any declaration of condominium, declaration of covenants, conditions, and restrictions; all rules and regulations pursuant thereto; and any community association bylaws, and rules and regulations. Tenant shall not use or permit the Property to be used for any disorderly or unlawful purpose, nor shall Tenant engage in any activity on the Property which would endanger the health and safety of others or which otherwise creates a nuisance.

3.  The following named persons shall be the only people that may be permitted to reside in or on the property;
    Angie Lloyd
    Ashley Lloyd
    Rachel Lloyd_____

4.  Tenant shall pay a $_ _ 700.00_ deposit prior to taking possession of the premises.  Thirty (30) day notice of moving must be given.  The security deposit will be returned to Tenant within thirty days after Property is vacated if:

    a.  Lease has been fully executed for agreed upon time;
    b.  Lease has been terminated in writing by the mutual consent of both parties;
    c.  All monies due Landlord by Tenant have been paid;
    d.  Property is not damaged and is left in its original condition, normal wear and tear excepted;
    e.  All keys have been returned.

Resident's Initials _____ .

HOMEWARD000018

5. The rent shall be $ _70._ per month and due on the first (1st) of each month, and a $50.00 late charge after the fifth (5th) of the month; NO EXCEPTIONS. Landlord has no obligation to accept any rent not received by the fifth of the month. If late payment is made and Landlord accepts the same, the payment must be in the form of cash, cashier's check or money order. A service charge of $25.00 will apply for any returned check. Landlord reserves the right to refuse to accept personal checks from Tenant after one or more of Tenant's personal checks have been returned by the bank unpaid. Whenever any sums due hereunder are collected by law, or by attorney at law to prosecute such an action, then both parties agree that the prevailing party will be entitled to reasonable attorney's fees, plus all costs of collection.

6. Waterbeds are not permitted because of possible damage to the residence.

7. No storage buildings, fencing (except approved wood fencing around patios.) Playground equipment (trampolines, swings, pools of any type or anything that would be liability or danger to unsupervised children) MUST be approved by the management.

8. NO PETS of any kind, permanent or visiting, indoor or outdoor, shall be permitted without prior written consent of Management. Any such pets, if allowed requires the payment of a non-refundable pet fee of $ _350_ per pet, plus additional rent of $ _NA_ per pet per month. In no instance will more than two (2) pets be allowed. Authorized pets must be listed below. By this listing, Resident agrees to be fully liable for damages and injuries to property and/or people which might be caused by pets. Resident agrees that if said pet should at any time become annoying, bothersome, or in any way a nuisance to neighbors, Resident will, upon notice of Management, immediately remove said pets from the premises. Any unauthorized pets found on the premises shall be removed by the Resident and above stated pet fees, retroactively to the date of this Agreement, shall be paid immediately to Management. *Only pets listed below are authorized on premises (name(s) and description(s):*

$250.00

9. The following utilities and/or services, if available are to be paid by Tenant:





Water   Electricity   Telephone
Sewer   Garbage   Cable Television

10. All repairs for the residence, fixtures, and appliance must be arranged for through the office.

Resident's Initials _____ . _Am_

HOMEWARD000019

a. Nothing may be placed on top of or around the air conditioning compressor. Resident must make certain that at all times, nothing is done to or placed around to hamper the flow of air to the air conditioning compressor.

b. It is the responsibility of the Resident to remove the grill on the lower front of the refrigerator for cleaning in order to vacuum around the coils of the refrigerator at least once every six (6) months. This will allow the refrigerator to cool properly and will also allow efficiency on energy consumption, thereby, reducing the Resident's electricity bill.

c. Resident agrees not to use any form of Kerosene space heaters in the dwelling.

d. All costs for plumbing repairs will be charged to the Resident.

e. No wallpaper or painting without the approval of the management.

f. Tenant shall keep the lawn mowed, shrubs trimmed, trash and grass clippings picked up on a regular basis. Tenant shall keep the Property, including yards, lot, grounds, house, walkways and driveway clean and free of rubbish.

g. Vehicles shall not be parked on the lawn at any time.

h. Non-operative vehicles are not permitted on Property. Any such non-operative vehicle may be moved by Management at the expense of Resident, for storage or public or private sale, at Management's option, and Resident shall have no recourse against Management thereafter.

i. No nails, screws, or adhesive hangers except standard picture hooks, shade brackets and curtain rod brackets may be placed in walls, woodwork, or any part of the Property.

j. Other than for normal household use, no goods or materials of any kind or description which are combustible or would increase fire risk shall be kept in or placed on the Property.

k. Tenant is prohibited from adding, changing, or in any way altering locks installed on the doors of Property without prior written permission of Landlord. If all keys to the Property are not returned when Tenant vacates the Property, Landlord may charge a key charge in the amount of $100.00.

l. Satellite dish installation must be approved by landlord.  **Absolutely NO satellite dish mounted on the roof.**

m. **Pest control:** Resident agrees to provide pest control as needed. Any infestation shall constitute a default of this Agreement.

n. **Furnace maintenance:** Resident shall change furnace/AC filter(s) monthly during the heating/cooling season.

o. **Smoke alarm:** Resident shall keep smoke alarm(s) and fire extinguisher (if provided) in working order including replacing the battery as needed. Resident accepts any liability associated with the use and upkeep of all such devices and understands how to and agrees to test same.

Resident's Initials ___  ____.  ꓷ𝓂

HOMEWARD000020

17. Any violation of this agreement shall be grounds for immediate termination of this Agreement, and tenant shall vacate within five (5) days of such notification.

18. INDEMNIFICATION: Management shall not be liable for any damage or injury to Resident, or any other person, or to any property, occurring on the property, or any part thereof, or in common areas thereof, unless damage is the proximate result of the negligence or unlawful act of Management, his agents or his employees. Resident does hereby indemnify, release and save harmless Management and Management agents from and against any and all suits, actions, claims, judgments, and expenses arising out of or related to this Agreement or the use of this Property and premises.

19. Special Stipulations: *Cossian of Property tenant by mother.*

*X Denise Stanford*

**THIS IS INTENDED TO BE A LEGALLY BINDING CONTRACT**
If not fully understood, please seek the advice of an attorney before signing.

*X Angie Lloyd* _____
TENANT                           TENANT

*Denon Nchan* _____
LANDLORD                      NOTARY PUBLIC
                                      COM. EXPIRES:_____
                                      {SEAL}

**THE EFFECTIVE DATE OF THIS AGREEMENT TAKES PLACE** *June 3 2009*
DATE SIGNED: X_____ *June 3 2009.*

DENISE STANFORD  H ▓▓▓▓ 7120
                          C ▓▓▓▓ 6593

Angie   cell   ▓▓▓-819-0739
Pippins WK   770-784-1966
m-f-4-c1

HOMEWARD000021