IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| JANE MCGINNIS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action |
| | ) | |
| v. | ) | File No.: 5:11-CV-284-CDL |
| | ) | |
| AMERICAN HOME MORTGAGE SERVICING, Inc., a foreign corporation, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S CERTIFICATE OF NEED TO FILE DISCOVERY**

　　Please take notice that Plaintiff is filing the following document pursuant to Local Rule 33.1:

- **RICO INTERROGATORIES**

Respectfully submitted, this 4th day of October, 2012.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　CHARLES A. GOWER, P.C.

　　　　　　　　　　　　　　　　　　　　*/s/ Charles A. Gower*___

　　　　　　　　　　　　　　　　　　　　CHARLES A. GOWER
　　　　　　　　　　　　　　　　　　　　Georgia Bar No. 303500
　　　　　　　　　　　　　　　　　　　　TERESA T. ABELL
　　　　　　　　　　　　　　　　　　　Georgia Bar No. 000383
　　　　　　　　　　　　　　　　　　　　MIRANDA J. BRASH
　　　　　　　　　　　　　　　　　　　　Georgia Bar No. 475203

1425 Wynnton Road
P. O. Box 5509
Columbus, GA  31906
(706)324-5685

## CERTIFICATE OF SERVICE

I hereby certify that I have this date electronically filed "*Certificate of Need to File Discovery"* with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Russell J. Rogers
Anna Burns
Thompson Hine LLP
Two Alliance Center
3560 Lenox Road, Suite 1600
Atlanta, GA 30326

This 4th day of October, 2012.

                                        */s/ Charles A. Gower*___

                                        CHARLES A. GOWER
                                        Georgia Bar No. 303500

1425 Wynnton Road
P.O. Box 5509
Columbus, Georgia 31906
(706) 324-5685