# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION
## AT MACON, GEORGIA

### MINUTE SHEET
### OF COURT PROCEEDINGS ( )



| | | |
|---|---|---|
| Date: 08/19/2013 | Type of Hearing: | Jury Trial |
| Judge: C. Ashley Royal | Court Reporter: | Tammy Fletcher |
| Courtroom Deputy: Lee Anne Purvis | Law Clerk: | Lucie Hartmann |

### Case Number: 5:11-cv-284(CAR)

| | | |
|---|---|---|
| Jane McGinnis | Counsel: | Charles Gower/Miranda Bush |
| vs. | | |
| American Home Mortgage Servicing | Counsel: | Anna Burns/Russell Rogers |

*Disclaimer: Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record. Attorneys should contact the court reporter and order a transcript if there are any questions as to the contents herein.*

**Court time for JS10/MJSTAR: 18/59**

| | |
|---|---|
| 10:34 | Called to order. Preliminary remarks by the Court. Roll call. Panel sworn. |
| 10:38 | Voir dire and jury selection. |
| 11:28 | Jury impaneled. The Court invokes the rule of sequestration. |
| 11:29 | Jury sworn. The Court gives a preliminary charge. |
| 11:38 | Jury excused. Matters taken up outside the presence of the jury. |
| 11:43 | Recess. |
| 12:49 | Reconvene. |
| 12:51 | Jury returns. |
| 12:52 | Opening statement by Charles Gower. |
| 1:26 | Opening statement by Russ Rogers. |
| 2:11 | Jury excused.  Matters taken up outside the presence of the jury. |
| 2:13 | Recess. |
| 2:31 | Reconvene. Matters taken up outside the presence of the jury. |
| 2:33 | Jury returns. Charles Gower calls Christopher Delbene to testify by video deposition. The Court instructs the jury re: testimony by deposition. |
| 2:35 | Video deposition testimony of Christopher Delbene. |
| 3:38 | The Court addresses the jury re: objections made during the video deposition. |
| 3:42 | Examination of Thomas Patrick Berry by Charles Gower. |

McGinnis v. American Home Mtg.                           Page 2
5:11-cv-284(CAR)                                         8/19/2013

_____

4:34    Examination of Thomas Berry by Russ Rogers.
4:47    The Court gives an instruction to the jury.  Recess.
5:00    Reconvene.  Continuation of examination of Thomas Berry by Russ Rogers.
5:21    Examination of Thomas Berry by Charles Gower.
5:23    Jury excused.  Matters taken up outside the presence of the jury.
5:33    Recess.

08/20/2013
Day Two of Trial

9:02    Reconvene.  Matters taken up outside the presence of the jury.
9:06    Recess.
9:15    Reconvene.  Matters taken up outside the presence of the jury.
9:16    Jury returns.
9:17    Examination of William Adam McGinnis by Charles Gower.
10:17   Jury excused.  Matters taken up outside the presence of the jury.
10:20   Recess.
10:36   Reconvene.  Matters taken up outside the presence of the jury.  Rogers moves for mistrial
        due to violation of the rule of sequestration.  Charles Gower responds.
10:38   The Court makes its findings.  Motion for mistrial denied.
10:41   Jury returns.  Continuation of examination of Adam McGinnis.
11:22   Examination of Adam McGinnis by Russ Rogers.
11:50   Jury excused.  Matters taken up outside the presence of the jury
11:54   Recess.
12:57   Jury returns.
12:59   Reconvene.  Continuation of examination of Adam McGinnis by Russ Rogers.
2:06    Jury excused.  Matters taken up outside the presence of the jury.
2:08    Recess.
2:20    Reconvene.  Jury returns.
2:22    Examination of Adam McGinnis by Charles Gower.
2:37    Examination of Adam McGinnis by Charles Gower.
2:43    Video deposition testimony of Dr. Andrew Sappington.
3:48    Jury excused.  Recess.
4:00    Reconvene.  Jury returns.
4:02    Examination of Jodie Johnson by Charles Gower.
4:13    Examination of Jane McGinnis by Charles Gower.
4:27    Examination of Jane McGinnis by Russ Rogers.
4:48    Examination of Jane McGinnis by Charles Gower.
4:56    Examination of Jane McGinnis by Russ Rogers.
4:56    The Court gives charge to the jury and excuses them for the day.  Russ Rogers moves for
        judgment as a matter of law.  The Court takes the motion under advisement.
4:59    Recess.
5:08    Reconvene.  Charge conference.

McGinnis v. American Home Mtg.                          Page 3
5:11-cv-284(CAR)                                        8/20/2013

_____

5:41   Argument by Russ Rogers in support of his motion for judgment as a matter of law.
6:07   Argument by Charles Gower.
6:10   The Court takes Defendant's motion under advisement.  Recess.


08/21/2013
Day Three of Trial

9:10   Reconvene.  Matters taken up outside the presence of the jury.  Plaintiff rests.
9:12   Jury returns.  The Court addresses the jury.
9:13   Video deposition testimony of Christopher Delbene.
10:28  Jury excused.  Matters taken up outside the presence of the jury.
10:43  Recess.
10:57  Reconvene.
10:58  Jury returns.  Continuation of video deposition testimony by Christopher Delbene.
11:06  Defendant rests.  Evidence is closed.
11:08  Jury excused.  Charge conference.
11:54  Russ Rogers renews his motion for judgment as a matter of law.
11:58  Charles Gower responds.
12:01  Discussion re: closing arguments and verdict form.
12:06  Recess.
12:54  Reconvene.   Matters taken up outside the presence of the jury.
1:07   Jury returns.
1:08   Closing argument by Russ Rogers.
2:07   Jury excused.
2:08   Recess.
2:21   Reconvene.  Matters taken up outside the presence of the jury.
2:24   Jury returns.
2:25   Closing argument by Charles Gower.
3:12   Jury charge.
3:42   Jury excused.
3:44   Recess.
4:15   Deliberations begin.
5:09   Reconvene.
5:11   Jury returns.  The Court gives charge to the jury and excuses them for the day.
5:12   Jury excused.
5:13   Recess.


08/22/13
Day Four of Trial

9:00   Deliberations resume.
11:18  Reconvene.  Question from jury.
11:24  Jury returns.

McGinnis v. American Home Mtg.                    Page 4
5:11-cv-284(CAR)                                  8/22/2013

---

11:25  The Court gives charge to the jury.
11:26  Jury excused.  Recess.
11:56  Jury returns with verdict.
11:59  Reconvene.  Verdict published.
12:02  Verdict published.  Jury excused.  Matters taken up outside the presence of the jury.
12:16  Jury returns.  The Court explains the second phase of the trial.
12:17  Argument by Russ Rogers.
12:28  Argument by Charles Gower.
12:39  Jury charge.
12:42  Jury excused to deliberate.
12:44  Recess.
1:32   Reconvene.  Jury returns with verdict.
1:32   Verdict published.
1:35   Adjourned.