IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JANE MCGINNIS, | : |
| Plaintiff, | : |
| v. | : Civil Action |
| | : No. 5:11-CV-284 (CAR) |
| AMERICAN HOME MORTGAGE SERVICING INC., | : |
| Defendant. | : |

Filed at 1:33 pm
8-22, 2013

DEPUTY CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

## JURY VERDICT FORM

1. We, the jury, find that the Defendant acted with specific intent to cause the Plaintiff harm.
   Answer YES or NO: YES

2. We, the jury, having found that punitive damages should be awarded to the Plaintiff in this case, further find that punitive damages should be awarded to the Plaintiff and against the Defendant in the amount of:
   $ 3,000,000.00 .