IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JANE MCGINNIS, | * |
| Plaintiff, | * |
| v. | Case No. 5:11-CV-284(CAR) |
| | * |
| AMERICAN HOME MORTGAGE SERVICING, INC, | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to the jury verdict dated August 22, 2013, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff in the amount of:

$ 500,000.00 Emotional Distress Damages;

$     6,000.00 Other Compensatory or Actual Damages; and

$3,000,000.00 Punitive Damages.

These amounts shall accrue interest from the date of entry of judgment at the rate of 0.12 % per annum until paid in full.   Plaintiff shall also recover costs of this action.

This 23rd day of August, 2013.

Gregory J. Leonard, Clerk

s/ Cheryl M. Alston, Deputy Clerk

Approved by:

S/ C. Ashley Royal
C. ASHLEY ROYAL
United States District Judge