IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JANE MCGINNIS, | * |
| Plaintiff, | * |
| v. | Case No. 5:11-CV-284(CAR) |
| AMERICAN HOME MORTGAGE SERVICING, INC., | * |
| Defendant. | * |

## AMENDED JUDGMENT

Pursuant to the Order dated June 30, 2014, and for the reasons stated therein, JUDGMENT entered on August 23, 2013 is hereby Amended as follows:

$250,000.00  Punitive Damages

The August 23, 2013 Judgment remains the same except for the punitive damage award being reduced.

This 1st day of July, 2014.

William E. Tanner, Clerk

s/ Cheryl M. Alston, Deputy Clerk

Approved by:

_C. Ashley Royal_
C. ASHLEY ROYAL
United States District Judge