# IN THE UNITED STATES COURT OF APPEALS

# FOR THE ELEVENTH CIRCUIT

_____

No. 14-13404-AA
_____

JANE MCGINNIS,

                                                                      Plaintiff – Appellant-
                                                                       Cross Appellee,

versus

AMERICAN HOME MORTGAGE SERVICING, INC.,
a Foreign Corporation,

                                                                       Defendant – Appellee -
                                                                       Cross Appellant.

_____

On Appeal from the United States District Court
Middle for the Georgia
_____

BEFORE: HULL, ANDERSON and FARRIS*, Circuit Judges.

BY THE COURT:

      The Court <u>sua sponte</u> VACATES its opinion filed on May 29, 2015 in this appeal.

      Judge Frank M. Hull has determined that she will now recuse in this case. This case remains pending before the remaining members of the oral argument panel.

---

*Honorable Jerome Farris, United States Circuit Judge for the Ninth Circuit, sitting by designation.