IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 14-13404-AA

_____

JANE MCGINNIS,

                                      Plaintiff – Appellant –
                                      Cross Appellee,

versus

AMERICAN HOME MORTGAGE
SERVICING, INC., a Foreign Corporation,

                                      Defendant – Appellee –
                                      Cross Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

BEFORE ANDERSON, and FARRIS,[*] Circuit Judges.[**]

BY THE COURT:

    The Court has vacated the opinion which issued in this appeal on May 29, 2015, because Judge Hull determined that she should now recuse, leaving the appeal pending before Judges Anderson and Farris, the remaining members of the oral argument panel.  After further conference, and in an abundance of caution,

---

[*] Honorable Jerome Farris, United States Circuit Judge for the Ninth Circuit, sitting by designation.

[**] This order is entered by a quorum.  See  28 U.S.C. § 46(d).

Judges Anderson and Farris hereby direct the Clerk to re-submit this appeal to another panel for determination of the merits. Any further actions in this appeal will be decided by that panel.