IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JANE MCGINNIS, | * |
| Plaintiff, | * |
| v. | Case No.  5:11-CV-284-CAR |
| | * |
| AMERICAN HOME MORTGAGE SERVICING, INC, | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated November 30, 2018, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 30th day of November, 2018.

David W. Bunt, Clerk

s/ Vanessa Siaca, Deputy Clerk